IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 13-cr-128-bbc |
| MICHAEL ALLAN HANCOCK, | 18 U.S.C. § 922(g)(1) |
| | 26 U.S.C. § 5841 |
| | 26 U.S.C. § 5845(a)(2) |
| Defendant. | 26 U.S.C. § 5861(d) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 14, 2013, in the Western District of Wisconsin, the defendant,

MICHAEL ALLAN HANCOCK,

after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed a J.C. Higgins 20 gauge shotgun, this firearm having previously traveled in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 2

On or about August 14, 2013, in the Western District of Wisconsin, the defendant,

MICHAEL ALLAN HANCOCK,

knowingly and unlawfully possessed a firearm, specifically a shotgun less than 26 inches in length and having a barrel of less than 18 inches, and said firearm was not

registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5845(a)(2), and 5861(d)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 10/10/13